# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00588-CV

**Brenda Dickerson, Appellant**

**v.**

**Federal National Mortgage Association and J.P. Morgan Chase Bank, N.A., individually and as successor by merger to Chase Home Finance LLC, Appellees**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT NO. 11-541-C368, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

On August 27, 2013, Brenda Dickerson filed a notice of appeal from a final summary judgment. The clerk's record was due in this Court on December 30, 2013. Subsequently, our clerk was advised by the district clerk that Dickerson had failed to pay or make arrangements for payment for the clerk's record, nor had she filed an affidavit of indigence. On January 15, 2014, our clerk gave written notice to Dickerson that no clerk's record had been filed due to her failure to pay or make arrangements to pay for it. The notice additionally requested that she make the required payment arrangements and submit a status report regarding this appeal by January 27, 2014. Failure to take these steps, the notice further advised Dickerson, could result in the dismissal of her appeal for want of prosecution.

To date, Dickerson has not made payment arrangements for the clerk's record nor filed the requested status report. Citing Dickerson's inaction, appellees have moved to dismiss

her appeal for want of prosecution.  We will do so.  Because Dickerson has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution.  *See* Tex. R. App. P. 37.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Goodwin

Dismissed for Want of Prosecution

Filed:   March 7, 2014